# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No: | **04-1746 KG** | USA vs.: | **PACHECO** | |
| Date: | **5/2/2016** | Name of Deft: | **PATRICK JAMES PACHECO** | |
| Before the Honorable: | | **KENNETH J. GONZALES, UNITED STATES DISTRICT JUDGE** | | |
| Time In/Out: | **1:33 – 1:55 PM** | Total Time in Court (for JS10): | **22 MINUTES** | |
| Clerk: | **CHRIS EUBANKS** | Court Reporter: | **DANNA SCHUTTE EVERETT** | |
| AUSA: | **MARISA LIZARRAGA** | Defendant's Counsel: | **CALEB KRUCKENBERG** | |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **NONE** | |
| Probation Officer: | **MIKE ADOLPH** | Sworn? | Yes | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | **X** Plea | Verdict | As to: | Information | **X** Indictment | | |
| If Plea: | **X** Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | **3** | | | |
| If Plea Agreement: | Accepted | **X*** Not Accepted | No Plea Agreement | Comments: | | | |
| Date of Plea/Verdict: | | | PSR: | **X** Not Disputed | Disputed | | |
| PSR: | **X** Court Adopts PSR Findings | | Evidentiary Hearing: | **X** Not Needed | Needed | | |
| Exceptions to PSR: | | | | | | | |

## SENTENCE IMPOSED

| | |
|---|---|
| Imprisonment (BOP): | **10 YEARS OR TIME SERVED, WHICHEVER IS LESS** |
| Supervised Release: | **3 YEARS** |
| Probation: | |
| 500-Hour Drug Program | BOP Sex Offender Program |
| OTHER: | |
| Court recommends ICE begin removal proceedings immediately or during service of sentence | **X** ICE not applicable |

## SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | Comply with ICE laws and regulations | | Community service for ___ months ___ days |
| **X** | Participate in/successfully complete subst abuse program/testing | **X** | Reside halfway house **6 MONTHS** |
| | Participate in/successfully complete mental health program | | Register as sex offender |
| **X** | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) and/or co-deft(s)/co-conspirator(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs | **X** | No possession of a firearm, ammunition, destructive device or any other dangerous weapon |
| | **OTHER:** | | |

| | | | | |
|---|---|---|---|---|
| Fine: | $ | Restitution: | $ | |
| SPA: | $ **N/A** ($100) as to each Count | Payment Schedule: | Due Imm. | Waived |
| OTHER: | | | | |

| | | | |
|---|---|---|---|
| **X** | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |

| | |
|---|---|
| OTHER COMMENTS: | **DEFENSE COUNSEL ADDRESSES THE COURT, ASKS FOR A TIME SERVED SENTENCE AND A 1 YEAR TERM OF SUPERVISED RELEASE. GOVERNMENT RESPONDS, NO OBJECTION TO A TIME SERVED SENTENCE AND A 3 YEAR TERM OF SUPERVISED RELEASE. DEFENDANT ALLOCUTES.**<br><br>**\*THE COURT REJECTS THE 11(C)(1)(C) PLEA AGREEMENT DEFENDANT ENTERED INTO AT TIME OF HIS CHANGE OF PLEA.** |